# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Modern Point, LLC, | Case No.: 19-CV-668 (NEB/HB) |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| ACU Development, LLC, | |
| Defendant. | |

Plaintiff Modern Point, LLC ("MPA"), hereby moves the Court for partial summary judgment under Federal Rule of Civil Procedure 56 on the issues of (1) MPA's priority use of the MODERN POINT ACUPUNCTURE mark, (2) the arbitrary or suggestive and non-descriptive nature of the MODERN POINT ACUPUNCTURE mark, and (3) the likelihood of confusion between the marks MODERN ACUPUNCTURE and MODERN POINT ACUPUNCTURE. MPA's motion is based upon the files, record, and pleadings served and filed herewith.

Dated: March 29, 2021

**WINTHROP & WEINSTINE, P.A.**

*s/ Kyle R. Kroll*
Timothy D. Sitzmann, I.D. No.: 392464
Kyle R. Kroll, I.D. No.: 398433
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
tsitzmann@winthrop.com
kkroll@winthrop.com

*Attorneys for Plaintiff
Modern Point, LLC*

21497198v1